IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ZEROCLICK, LLC,<br><br>   Plaintiff.<br><br> v.<br><br>DELL TECHNOLOGIES, INC.,<br><br>   Defendant. | Civil Action No. 6:19-cv-00569-ADA |

**JOINT STIPULATION TO TRANSFER VENUE TO AUSTIN DIVISION**

WHEREAS, the above-captioned action was filed by Plaintiff Zeroclick, LLC ("Zeroclick") against Defendant Dell Technologies, Inc. ("Dell") in the United States District Court for the District of Texas, Waco Division on June 28, 2019;

WHEREAS, in the above-captioned action, Plaintiff alleges that certain of Dell's products infringe U.S. Patent 7,818,691 (the "Asserted Patent");

NOW, THEREFORE, Zeroclick and Dell, through each's respective counsel, hereby jointly stipulate to the entry of an Order transferring the above-captioned action to the United States District Court for the Western District of Texas, Austin Division, for the convenience of the parties and witnesses and in the interest of justice, pursuant to 28 U.S.C. § 1404(b). Zeroclick and Dell request that an Order be entered directing the Clerk of Court to transfer the above-captioned case to the Austin Division but to remain on the docket of this Court.

Respectfully submitted,

Dated:  March 11, 2020

*/s/ Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)
(512) 263-2166 (Facsimile)

Richard A. Cederoth (*pro hac vice pending*)
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
rcederoth@sidley.com
(312) 853-7000 (Telephone)
(312) 853-7036 (Facsimile)

Michael J. Bettinger (*pro hac vice pending*)
Irene Yang (*pro hac vice pending*)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
mbettinger@sidley.com
irene.yang@sidley.com
(415) 772-1200 (Telephone)
(415) 772-7400 (Facsimile)

*Attorneys for Defendant Dell Technologies, Inc.*

*/s/ Brian D. Ledahl*
Marc A. Fenster, CA SBN 181067
mfenster@raklaw.com
Brian D. Ledahl, CA SBN 186579
bledahl@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

*Attorneys for Plaintiff Zeroclick LLC.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 11th day of March 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first-class mail.

*/s/ Barry K. Shelton*
Barry K. Shelton