IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ZEROCLICK, LLC,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>DELL TECHNOLOGIES, INC.,<br><br>　　　　Defendant. | Civil Action No. 6:19-cv-00569-ADA |

### [PROPOSED] ORDER

The Court, having reviewed and considered the Joint Stipulation to Transfer Venue to the Austin Division, does hereby ORDER that the above-captioned action be TRANSFERRED to the Austin Division but remain on the docket of United States District Judge Alan D Albright.

SIGNED this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE